UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
FILED
December 18, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> AUGUSTIN RAMIREZ, ) <br> ) <br> Defendant. ) | Case No. 2:14CR00040-WBS <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __AUGUSTIN RAMIREZ__, Case No. __2:14CR00040-WBS__, Charge __21USC § 846__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __    Release on Personal Recognizance

    ✔    Bail Posted in the Sum of $ __250,000.00__

        __    Unsecured Appearance Bond

        __    Appearance Bond with 10% Deposit

        __    Appearance Bond with Surety

        __    Corporate Surety Bail Bond

    ✔    (Other)    __Pretrial conditions as stated on the record.__

The defendant shall be released on 12/21/2015 to pretrial at 8:30 a.m if the cash bond has been posted.

Issued at __Sacramento, CA__ on __December 18, 2015__ at __2:29 pm__.

By   /s/ Allison Claire/s/ Allison Claire
      Allison Claire
      United States Magistrate Judge

Copy 2 - Court