**KYLE R. KNAPPP**
**Attorney at Law**
California State Bar No. 166597
1120 D Street, Suite 100
Sacramento, CA 95814
Telephone: (916) 441-4717

Attorney for Agustin Ramirez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 14 CR 00040 WBS |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO** EXTEND TIME TO POST PROPERTY BOND |
| Agustin Ramirez, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Justin Lee, Assistant United States Attorney, attorney for plaintiff; and Kyle Knapp, attorney for defendant, AGUSTIN RAMIREZ, that the two week deadline to post the property bond be extended to January 8, 2016. There are some paperwork logistics and the holiday season has made it difficult to finalize all necessary paperwork.

Accordingly, counsel for the government and the defendant hereby stipulate that Mr. Ramirez remain of custody on the already posted $50,000.00 secured bond and that the deadline to post the secured property bond be extended to January 8, 2016.

Dated: December 30, 2015                                                  Respectfully submitted.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Kyle R. Knapp          Kyle R. Knapp
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant, Agustin Ramirez

Dated: December 30, 2015

Respectfully submitted.

/s/ Justin Lee
Justin Lee
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED that the deadline to file the secured property bond be extended to January 8, 2016.  All other terms and conditions will remain in effect.

Dated:  December 31, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE