**KYLE R. KNAPPP**
**Attorney at Law**
California State Bar No. 166597
1120 D Street, Suite 100
Sacramento, CA 95814
Telephone: (916) 441-4717

Attorney for Agustin Ramirez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR 14-CR-00040-WBS |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **STIPULATION AND ORDER TO** |
| ) | RELIEVE DEFENDANT OF ELECTRONIC |
| AGUSTIN RAMIREZ, ) | MONITORING RELEASE CONDITION |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Justin Lee, Assistant United States Attorney, attorney for plaintiff and Kyle Knapp, attorney for defendant, AGUSTIN RAMIREZ, that Mr. Ramirez be relieved of the electronic monitoring component of his release conditions.

Mr. Ramirez has been compliant with his electronic monitoring conditions and curfew for the past six months and has been compliant with all other conditions. Pretrial Services is in agreement with removal of the electronic monitoring condition. In addition, Mr. Lee indicated to pretrial that he has no objection to the above request. Attached as exhibit A to this pleading is the amended conditions of pretrial release prepared by Ms. Basurto.

Accordingly, counsel for the government and the defendant hereby stipulate

that Mr. Ramirez be taken off electronic monitoring as a condition of his release.

Dated: July 13, 2016 Respectfully submitted.

    /s/ Kyle R. Knapp
Kyle R. Knapp
Attorney for Defendant, Agustin Ramirez

Dated: July 13, 2016 Respectfully submitted.

    /s/ Justin Lee
Justin Lee
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED that Mr. Ramirez's release conditions be modified so that he is no longer subject to electronic monitoring.   All other terms and conditions will remain in effect and the amended conditions of release attached as exhibit A are hereby adopted.

Dated:   July 14, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE