KYLE R. KNAPP
Attorney at Law
California State Bar No. 166597
1120 D Street, Suite 100
Sacramento, CA 95814
Telephone:(916) 441-4717

Attorney for Agustin Ramirez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.   14 - CR-00040-03 - WBS |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE JUDGEMENT AND SENTENCING |
| Agustin Ramirez, | |
| Defendant. | |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JUSTIN LEE, Assistant United States Attorney, attorney for plaintiff; Kyle Knapp, attorney for defendant, AGUSTIN RAMIREZ, that the previously scheduled sentencing date of November 21, 2016, be vacated and the matter set for sentencing on December 19, 2016 at 9:00am.

   This continuance is requested to allow counsel additional time to provide materials to probation and to research several issues in order to address the guideline analysis.  I have contacted Mr. Lee and Mr. Andrews and they have no objection to the additional time needed to finalize this case.

   In light of the above request the following revised sentencing schedule is requested - Judgement and Sentencing - December 19, 2016; Reply or Statement of Non-Opposition

to Motion to Correct PSR due December 12, 2016; Motion to Correct PSR due December 5, 2016;  Response to Informal Objections due November 28; and Informal Objections due November 21, 2016.  The draft PSR has been filed

Dated: October 31, 2016                                         Respectfully submitted.

           /s/ Kyle R. Knapp
Kyle R. Knapp
Attorney for Defendant, Agustin Ramirez

Dated: October 31, 2016                                         Respectfully submitted.

           /s/ Justin Lee
Justin Lee
Assistant U.S. Attorney
Attorney for Plaintiff

SO ORDERED.

Dated:  November 2, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE