KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail:  kyleknapp@sbcglobal.net

Attorney for Defendant
AGUSTIN RAMIREZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>AGUSTIN RAMIREZ, et.al.,<br><br>  Defendant. | No. 14-CR-0040-WBS<br><br>**ORDER TO SEAL DOCUMENTS**<br><br>(Local Rule 141) |

GOOD CAUSE APPEARING, and for the reasons set forth in defendant RAMIREZ'S Request to Seal Documents, it is the order of this Court that the following documents be filed under seal, subject only to a motion to unseal, for good cause show, pursuant to Local Rule 141(F):

Exhibit A of Defendant RAMIREZ'S Sentencing Memorandum

IT IS FURTHER ORDERED that this order allows for the <u>non-public dissemination</u> of the motion and exhibits to Attorney's for Party Defendant WHO ARE HEREBY ORDERED to comply with the terms and conditions of the Protective Order in this matter signed on August 24, 2015.

IT IS SO ORDERED.

Dated:  December 15, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1