Kyle R. Knapp, State Bar no. 166597
Attorney at Law
1120 D Street, Suite 100
Sacramento, CA 95814
Telephone: (916) 441-4717
Facsimile: (916) 441-4299

Attorney for defendant
Agustin Ramirez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>AGUSTIN RAMIREZ,<br><br>            Defendants. | No.   14-CR-00040-03 WBS<br><br>**APPLICATION FOR ORDER FOR EXONERATION OF CASH BOND AND RECONVEYANCE OF PROPERTY** |

Defendant AGUSTIN RAMIREZ hereby applies for an order for exoneration of the cash bond and reconveyance of the property bond posted.

An Indictment filed February 13, 2014 charged Mr. Ramirez and numerous codefendants with narcotics trafficking and marijuana cultivation offenses. He was initially detained and spent twenty-three months in custody.

On December 19, 2015 Mr. Ramirez was released on a $250,000.00 bond secured by real property and cash bond. $200,000.00 was secured by the available equity in the home owned by defendant's sister Amelia Gallegos and his brother in Law Vicente Carranza-Gallegos located at XXXXX Oxford Avenue,

1  Hawthorne, CA 90250.  The $50,000.00 cash bond was posted by
2  Raquel Ramirez-Ruiz, defendant's daughter.
3       On September 6, 2016, the government filed a superseding
4  information charging Unlawful Use of a Communication Facility.
5  That same day, Mr. Ramirez waived indictment and pled guilty to
6  count 1 of the Superseding Information pursuant to a plea
7  agreement.
8       On December 19, 2016, the Court sentenced Mr. Ramirez to
9  time served and 12 months supervised release and ordered him to
10 pay a $100 special assessment.
11      As a result, Mr. Ramirez now applies for an order to
12 exonerate the cash bond and to disburse the funds held along with
13 accrued interest to Raquel Ramirez-Ruiz.  In addition, to re-
14 convey the deed of the trust securing that bond back to Ms.
15 Gallegos and Mr. Carranza-Gallegos

16 Dated: January 6, 2017              By:/s/ Kyle R. Knapp
                                         KYLE R. KNAPP
17
                                         Counsel for defendant
18                                       AGUSTIN RAMIREZ

**ORDER**

It is hereby ordered that the property and cash bonds securing defendant Agustin Ramirez's release in the above-captioned case be exonerated and that deed for the property located at XXXXXX Oxford Avenue, Hawthorne, CA 90250, be re-conveyed back to Amelia Gallegos and Vicente Carranza-Gallegos. It is further ordered that the district court clerk's office disburse the $50,000.00 posted by Raquel Ramirez-Ruiz back to her along with accrued interest.

Dated:  January 9, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3